# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2610
_____

BRIAN BELL,

    Appellant,

    v.

NKB ENTERPRISES, LLC, a
Florida Limited Liability
Company d/b/a Venture Found
Vacation Rentals; BORST
CONSULTING AND MANAGEMENT,
LLC a Florida Limited Liability
Company, d/b/a Venture Found
Vacation Rentals and
SIMPLICITY CLEANING LLC,

    Appellees.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

July 27, 2026

PER CURIAM.

    DISMISSED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jonathan B. Minchin of Morgan & Morgan Alabama, PLLC, Pensacola, for Appellant.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for Appellees.